IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY RAY GRAYS**                                                                                    **PLAINTIFF**
ADC #112324A

v.                                    CASE NO. 4:21-CV-00632-BSM

**GARY M. ARNOLD,** *et al.*                                                                **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 4] is adopted, and Billy Grays's complaint is dismissed without prejudice. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE