**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BILLY RAY GRAYS**                                                        **PLAINTIFF**
ADC #112324A

**v.**                              **CASE NO. 4:21-CV-00632-BSM**

**GARY M. ARNOLD,** *et al.*                                     **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2021.


_____
UNITED STATES DISTRICT JUDGE